

Representing Management Exclusively in Workplace Law and Related Litigation

| | | |
|---|---|---|
| Jackson Lewis LLP | ATLANTA, GA | LONG ISLAND, NY | PORTLAND, OR |
| 199 Fremont Street | BIRMINGHAM, AL | LOS ANGELES, CA | PROVIDENCE, RI |
| 10th Floor | BOSTON, MA | MIAMI, FL | RALEIGH-DURHAM, NC |
| San Francisco, California 94105 | CHICAGO, IL | MINNEAPOLIS, MN | RICHMOND, VA |
| Tel 415 394-9400 | CLEVELAND, OH | MORRISTOWN, NJ | SACRAMENTO, CA |
| Fax 415 394-9401 | DALLAS, TX | NEW ORLEANS, LA | SAN FRANCISCO, CA |
| www.jacksonlewis.com | DENVER, CO | NEW YORK, NY | SEATTLE, WA |
| | DETROIT, MI | ORANGE COUNTY, CA | STAMFORD, CT |
| | GREENVILLE, SC | ORLANDO, FL | WASHINGTON, DC REGION |
| | HARTFORD, CT | PHILADELPHIA, PA | WHITE PLAINS, NY |
| | HOUSTON, TX | PHOENIX, AZ | |
| | LAS VEGAS, NV | PITTSBURGH, PA | |

February 6, 2009

**IT IS SO ORDERED**
*Judge James Larson*

### VIA EMAIL AND U.S. MAIL

Chief Magistrate Judge James Larson
Presiding Judge
United States District Court
  for the Northern District of California
450 Golden Gate Avenue, 15th Flr.
San Francisco, CA 94102

    Re:    *Craig Chandler v. City of Emeryville, et al.*
            United States District Court, Case No. C 08-04010 EMC
            Mandatory Settlement Conference scheduled for February 25, 2009 at 2:00 pm
            Courtroom F, 450 Golden Gate Ave., 15th Floor, San Francisco, CA

Dear Judge Larson:

    We represent the City of Emeryville in the above-referenced matter. We are writing to respectfully request approval regarding attendance of certain City of Emeryville representatives at the upcoming settlement conference on February 25, 2009 at 2:00 pm before Chief Magistrate Judge James Larson. The City Attorney and Human Resources director will attend, but we request the individually named defendant, Edmund Suen, be excused. Additionally, the individual representing the joint powers authority cannot attend as her presence is required in two other USDC cases in Los Angeles on the same day. She will, however, be accessible by telephone should the need arise.

                                                      Respectfully,

                                                      JACKSON LEWIS LLP

                                                      Kathleen Maylin

KM/dtc

    cc:    Daniel Martinez de la Vega