1  PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
   EUN GRACE CHUNG, ESQ. (STATE BAR NO. 259766)
2  PRICE AND ASSOCIATES
   A Professional Law Corporation
3  1611 Telegraph Avenue, Suite 1450
   Oakland, CA  94612
4  Telephone:  (510) 452-0292
   Facsimile:    (510) 452-5625
5  E-mail: pypesq@aol.com

6  Attorneys for Plaintiff
   CRAIG CHANDLER
7

8

9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| CRAIG CHANDLER, ) | NO. C08-4010 EMC |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER RE: CASE MANAGEMENT** |
| v. ) | **CONFERENCE** |
| ) | |
| CITY OF EMERYVILLE, EDMUND SUEN ) | |
| IN HIS INDIVIDUAL CAPACITY, AND ) | |
| DOES 1 THROUGH 15 INCLUSIVE, ) | |
| ) | |
| Defendants. ) | |

        Plaintiff CRAIG CHANDLER and Defendants CITY OF EMERYVILLE and EDMUND SUEN, hereby stipulate, by and through their counsel, that the Court may enter an Order continuing the Case Management Conference, currently scheduled for June 24, 2009, for sixty (60) days from June 24, 2009.

        Good cause exists for the continuance, as parties have agreed to mediate the matter, and expect the mediation to occur within sixty (60) days from June 24, 2009.

1167P202GEC

-1-
STIPULATION AND ORDER (C08-4010 EMC)

| | | |
|---|---|---|
| 1 | Dated: June 15, 2009 | PRICE AND ASSOCIATES |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ *Pamela Y. Price* <br> Pamela Y. Price, Attorneys for Plaintiff <br> CRAIG CHANDLER |
| 5 | | |
| 6 | Dated: June 15, 2009 | JACKSON LEWIS LLP |
| 7 | | |
| 8 | | |
| 9 | | By: /s/ *Kathleen Maylin* <br> KATHLEEN MAYLIN, <br> KRISTA MITZEL |
| 10 | | Attorneys for Defendant CITY OF EMERYVILLE and EDMUND SUEN |

**ORDER**

**IT IS HEREBY ORDERED** that pursuant to the foregoing Stipulation and good cause appearing therefor, the Case Management Conference shall be continued for sixty (60) days from June 24, 2009 to August 26, 2009 at 2:30 p.m. An updated joint cmc statement shall be filed by August 19, 2009.

Dated: June 23, 2009

_____
EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

1167P202GEC

-2-
STIPULATION AND ORDER (C08-4010 EMC)