(empty)

1  Kathleen Maylin (State Bar No. 155371)
   JACKSON LEWIS LLP
2  199 Fremont Street, 10th Floor
   San Francisco, California  94105
3  Telephone:  (415) 394-9400
   Facsimile:  (415) 394-9401
4  E-mail: maylink@jacksonlewis.com

5  Attorneys for Defendants
   CITY OF EMERYVILLE and
6  EDMUND SUEN

7  Pamela Y. Price (State Bar No. 107713)
   Eun Grace Chung (State Bar No. 259766)
8  PRICE AND ASSOCIATES
   A Professional Law Corporation
9  1611 Telegraph Avenue, Suite 1450
   Oakland, California 94612
10 Telephone:  (510) 452-0292
   Facsimile: (510) 452-5625
11 E-mail: pypesq@aol.com
   E-mail:  gchung@pypesq.com
12
   Attorneys for Plaintiff
13 CRAIG CHANDLER

14              UNITED STATES DISTRICT COURT

15            NORTHERN DISTRICT OF CALIFORNIA

16

17 CRAIG CHANDLER,                        Case No. C08-4010 EMC

18          Plaintiff,                    **JOINT STIPULATION REGARDING
                                          PRODUCTION OF DEPOSITION
19     v.                                 TRANSCRIPT AND [PROPOSED]
                                          ORDER**
20 CITY OF EMERYVILLE, EDMUND SUEN IN
   HIS INDIVIDUAL CAPACITY, AND DOES 1
21 THROUGH 15, INCLUSIVE,                 Complaint Filed:  08/21/08
                                          Amended Complaint Filed:    09/26/08
22          Defendants.

23

24     Plaintiff CRAIG CHANDLER ("Plaintiff") and Defendant CITY OF EMERYVILLE

25 ("Defendant") enter into the following Joint Stipulation Regarding the Production of Deposition

26 Transcript as follows:

27

28     WHEREAS, in 2008, former City of Emeryville employee Reza Bonabi had his

                                          1                    Case No. C08-4010 EMC
       STIP. RE PRODUCTION OF DEPO. TRANSCRIPT AND [PROPOSED] ORDER

1   deposition taken in workers' compensation proceedings unrelated to this action. At one point

2   during Plaintiff's employment, Mr. Bonabi, as Information Systems Manager with the City,

3   supervised Plaintiff;

4   WHEREAS, Plaintiff believes that he is entitled to review Mr. Bonabi's workers'

5   compensation deposition transcripts in the course of discovery in this action;

6   WHEREAS, Defendants believe that they are unable to produce Mr. Bonabi's deposition

7   testimony without a Court order as its production would be a violation of Mr. Bonabi's personnel

8   privacy rights;

9   WHEREAS, if the transcript is ordered to be produced, Plaintiff agrees to limit further

10   disclosure per the terms of the Stipulated Protective Order;

11   THEREFORE, in light of the foregoing, the parties hereby stipulate as follows:

12   1.   Defendant agrees that, if this Court orders the production of Mr. Bonabi's

13   workers' compensation transcript, they will produce said transcripts to Plaintiff within five (5)

14   business days pursuant to the Stipulated Protective Order to be executed by the parties. Attached

15   hereto as Exhibit A is a true and correct copy of the proposed Stipulated Protective Order and

16   [Proposed] Order.

17   IT IS SO STIPULATED.

18   Dated: July 14, 2009                          JACKSON LEWIS LLP

19

20                                         By: _____/s/ Kathleen Maylin_____
                                               Kathleen Maylin
21                                             Attorneys for Defendants
                                               CITY OF EMERYVILLE and
22                                             EDMUND SUEN

23
     Dated: July 14, 2009                          PRICE AND ASSOCIATES
24

25                                         By: _____/s/ Pamela Price_____
                                               Pamela Y. Price
26                                             Eun Grace Chung
                                               Attorneys for Plaintiff
27                                             CRAIG CHANDLER

28
                                             2                    Case No. C08-4010 EMC
                   STIP. RE PRODUCTION OF DEPO. TRANSCRIPT AND [PROPOSED] ORDER

1

## [PROPOSED] ORDER

2      Having reviewed the Stipulation of the parties, and good cause appearing, the Court orders

3 as follows:

4      1.      Defendant shall produce Mr. Bonabi's workers' compensation transcript pursuant

5 to the Stipulated Protective Order to be executed by the parties.

6      IT IS SO ORDERED.

7

8 Dated:      July 17, 2009

9                        EDWARD M. CHEN
United States Magistrate Judge



10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                 Case No. C08-4010 EMC

STIP. RE PRODUCTION OF DEPO. TRANSCRIPT AND [PROPOSED] ORDER