Kathleen Maylin (State Bar No. 155371)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: maylink@jacksonlewis.com

Attorneys for Defendants
CITY OF EMERYVILLE and
EDMUND SUEN

Pamela Y. Price (State Bar No. 107713)
PRICE AND ASSOCIATES
A Professional Law Corporation
1611 Telegraph Avenue, Suite 1450
Oakland, California 94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625
E-mail: pypesq@aol.com

Attorneys for Plaintiff
CRAIG CHANDLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CRAIG CHANDLER,

Chandler,

v.

CITY OF EMERYVILLE, EDMUND SUEN IN HIS INDIVIDUAL CAPACITY, AND DOES 1 THROUGH 15, INCLUSIVE,

Defendants.

Case No. C08-4010 EMC

**NOTICE OF SETTLEMENT OF CASE**

ORDER RESETTING STATUS FROM 8/26/09 TO 9/30/09

First Amended Complaint Filed: 09/26/08

The parties to the above-entitled action jointly submit this Notice of Settlement of Case to inform the Court that the above-entitled case has been settled by and between the parties and that a settlement agreement has been executed.

///

///

///

The parties anticipate filing a Stipulation Re Dismissal within 30 days.

Respectfully submitted,

Dated: August 14, 2009

JACKSON LEWIS LLP

By: /s/
Kathleen Maylin
Attorneys for Defendants
CITY OF EMERYVILLE and
EDMUND SUEN

Dated: August 14, 2009

PRICE AND ASSOCIATES

By: /s/
Pamela Y. Price
Attorneys for Plaintiff
CRAIG CHANDLER

IT IS SO ORDERED that the Status conference set for 8/26/09 at 2:30 p.m. is reset for 9/30/09 at 2:30 p.m. An updated joint status conference statement shall be filed by 9/23/09.

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Edward M. Chen
NORTHERN DISTRICT OF CALIFORNIA

Edward M. Chen
U.S. Magistrate Judge