Kathleen Maylin (SBN 155371)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: maylink@jacksonlewis.com

Attorneys for Defendants
CITY OF EMERYVILLE and
EDMUND SUEN

Pamela Y. Price (SBN 107713)
Eun Grace Chung (SBN 259766)
PRICE AND ASSOCIATES
A Professional Law Corporation
1611 Telegraph Avenue, Suite 1450
Oakland, California 94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625
E-mail: pypesq@aol.com
E-mail: gchung@pypesq.com

Attorneys for Plaintiff
CRAIG CHANDLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG CHANDLER,<br><br>       Plaintiff,<br><br>   v.<br><br>CITY OF EMERYVILLE, EDMUND SUEN in his individual capacity, and DOES 1 through 15, inclusive,<br><br>       Defendants. | Case No. C08-4010 EMC<br><br>**STIPULATION REGARDING DISMISSAL OF ACTION; AND [PROPOSED] ORDER**<br><br><br>Complaint File: 08/21/08<br>Amended Complaint Filed:   09/26/08 |

COMES NOW Plaintiff CRAIG CHANDLER ("Plaintiff") and Defendant CITY OF EMERYVILLE ("Defendant") and enter into the following Stipulation Regarding Dismissal of Action as follows:

///

///

1. That the parties have fully and finally reached a resolution as to all issues and subjects of controversy between them; and,

2. That this action, designated as Case No. C08-4010 EMC, be dismissed, with prejudice, in its entirety.

IT IS SO STIPULATED.

Dated: August 26, 2009

JACKSON LEWIS LLP

By: _____
Kathleen Maylin
Krista L. Mitzel
Attorneys for Defendants
CITY OF EMERYVILLE and
EDMUND SUEN

Dated: August 26, 2009

PRICE & ASSOCIATES

By: _____
Pamela Y. Price
Eun Grace Chung
Attorneys for Plaintiff
CRAIG CHANDLER

### [PROPOSED] ORDER

Having reviewed the Stipulation of the parties, and good cause appearing, the Court orders as follows:

GOOD CAUSE APPEARING therefore, and pursuant to the Stipulation of the parties, Case No. C08-4010 EMC is dismissed with prejudice, in its entirety.

IT IS SO ORDERED.

Dated: September 3, 2009

_____
Edward M. Chen
United S[tates]

IT IS SO ORDERED
Judge Edward M. Chen